# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **GEOTAG INC., Plaintiff,** <br><br> **v.** | |
| **FRONTIER COMMUNICATIONS CORPORATION**, *et al.*, **Defendant,** | 2:10-cv-00265 |
| **YELLOWPAGES.COM, LLC,** *et al.*, **Defendants,** | 2:10-cv-00272 |
| **GEORGIO ARMANI S.P.A.;** *et al.*, **Defendants,** | 2:10-cv-00569 |
| **AROMATIQUE, INC.;** *et al.*, **Defendants.** | 2:10-cv-00570 |
| **GUCCI AMERICA, INC.;** *et al.*, **Defendants,** | 2:10-cv-00571 |
| **RENT-A-CENTER, INC.;** *et al.*, **Defendants.** | 2:10-cv-00573 |
| **ROYAL PURPLE, INC.;** e*t al.*, **Defendants.** | 2:10-cv-00575 |
| **YAKIRA, L.L.C.;** e*t al.*, **Defendants.** | 2:10-cv-00587 |
| **WHERE 2 GET IT, INC.;** e*t al.*, **Defendants.** | 2:11-cv-00175 |
| **EYE CARE CENTERS OF AMERICA, INC. Defendant.** | 2:11-cv-00404 |
| **AMERCO,** *et al. Defendant*s. | 2:11-cv-00421 |
| **7-ELEVEN, INC.,** *et al., Defendant*s. | 2:11-cv-00424 |
| **SUNBELT RENTALS, INC. Defendant.** | 2:11-cv-00425 |
| **CANON INC. and,** <br> **CANON U.S.A., INC., Defendants,** | 2:12-cv-00043 |
| **AMERICAN APPAREL INC., Defendant,** | 2:12-cv-00436 |
| **ABERCROMBIE & FITCH CO., Defendant,** | 2:12-cv-00437 |
| **AMERICAN EAGLE OUTFITTERS INC., Defendant,** | 2:12-cv-00438 |
| **ANN INC., Defendant,** | 2:12-cv-00439 |
| **BURLEIGH POINT LTD., Defendant,** | 2:12-cv-00441 |
| **CATALOGUE VENTURES, INC., Defendant,** | 2:12-cv-00442 |
| **BURBERRY LIMITED, Defendant,** | 2:12-cv-00443 |
| **BURLINGTON FACTORY WAREHOUSE CORPORATION, Defendant,** | 2:12-cv-00444 |
| **CACHE INC., Defendant,** | 2:12-cv-00445 |
| **THE WILLIAM CARTER COMPANY, Defendant,** | 2:12-cv-00446 |
| **CHARMING SHOPPES INC., Defendant,** | 2:12-cv-00447 |
| **CHICO'S FAS INC., Defendant,** | 2:12-cv-00448 |
| **CITI TRENDS INC., Defendant,** | 2:12-cv-00449 |
| **CLAIRE'S BOUTIQUES, INC., Defendant,** | 2:12-cv-00450 |
| **COLDWATER CREEK INC., Defendant,** | 2:12-cv-00451 |
| **DAVID'S BRIDAL INC., Defendant,** | 2:12-cv-00452 |
| **DEB SHOPS INC., Defendant,** | 2:12-cv-00453 |

| | |
|---|---|
| **DELIAS INC., Defendant,** | **2:12-cv-00454** |
| **DIESEL U.S.A. INC., Defendant,** | **2:12-cv-00456** |
| **DONNA KARAN INTERNATIONAL INC., Defendant,** | **2:12-cv-00457** |
| **LVMH MOET HENNESSY LOUIS VUITTON INC., Defendant,** | **2:12-cv-00458** |
| **DOTS, LLC, Defendant,** | **2:12-cv-00459** |
| **DRAPER'S & DAMON'S INC., Defendant,** | **2:12-cv-00460** |
| **EDDIE BAUER LLC, Defendant,** | **2:12-cv-00461** |
| **ESPRIT US RETAIL LIMITED, Defendant,** | **2:12-cv-00462** |
| **FACTORY CONNECTION LLC, Defendant,** | **2:12-cv-00463** |
| **THE FINISH LINE INC., Defendant,** | **2:12-cv-00464** |
| **FOREVER 21 RETAIL INC., Defendant,** | **2:12-cv-00465** |
| **FORMAL SPECIALISTS LTD., Defendant,** | **2:12-cv-00466** |
| **FREDERICK'S OF HOLLYWOOD STORES INC., Defendant,** | **2:12-cv-00467** |
| **GROUPE DYNAMITE, INC. D/B/A GARAGE, Defendant,** | **2:12-cv-00468** |
| **GUESS? RETAIL INC., Defendant,** | **2:12-cv-00469** |
| **H&M HENNES & MAURITZ LP, Defendant,** | **2:12-cv-00470** |
| **HANESBRANDS INC., Defendant,** | **2:12-cv-00471** |
| **HOT TOPIC INC., Defendant,** | **2:12-cv-00472** |
| **HUGO BOSS FASHION INC., Defendant,** | **2:12-cv-00473** |
| **J. CREW GROUP INC., Defendant,** | **2:12-cv-00474** |
| **JIMMY JAZZ INC., Defendant,** | **2:12-cv-00475** |
| **JOS. A. BANK CLOTHIERS INC., Defendant,** | **2:12-cv-00476** |
| **ALCO STORES INC. Defendant,** | **2:12-cv-00477** |
| **BROWN SHOE COMPANY INC., Defendant,** | **2:12-cv-00480** |
| **COLLECTIVE BRANDS INC., Defendant,** | **2:12-cv-00481** |
| **CROCS INC., Defendant,** | **2:12-cv-00482** |
| **DSW INC. D/B/A DSW SHOE INC., Defendant,** | **2:12-cv-00483** |
| **FLEET FEET INC., Defendant,** | **2:12-cv-00484** |
| **GENESCO INC., Defendant,** | **2:12-cv-00486** |
| **HEELY'S INC, Defendant,** | **2:12-cv-00487** |
| **JUSTIN BOOT COMPANY, Defendant,** | **2:12-cv-00488** |
| **AMERICAN GREETINGS CORPORATION, Defendant,** | **2:12-cv-00520** |
| **HALLMARK CARDS, INC., Defendant,** | **2:12-cv-00521** |
| **HICKORY FARMS INC., Defendant,** | **2:12-cv-00522** |
| **SPENCER GIFTS LLC, Defendant,** | **2:12-cv-00523** |
| **INTERNATIONAL COFFEE & TEA, LLC, Defendant,** | **2:12-cv-00524** |
| **THINGS REMEMBERED, INC., Defendant,** | **2:12-cv-00525** |
| **THE YANKEE CANDLE COMPANY,** | **2:12-cv-00526** |

| | |
|---|---|
| **Defendant,** | |
| **BOSE CORPORATION, Defendant,** | **2:12-cv-00527** |
| **GUITAR CENTER INC., Defendant,** | **2:12-cv-00528** |
| **PROGRESSIVE CONCEPTS INC., Defendant,** | **2:12-cv-00529** |
| **24 HOUR FITNESS WORLDWIDE INC., Defendant,** | **2:12-cv-00530** |
| **BALLY TOTAL FITNESS CORPORATION, Defendant,** | **2:12-cv-00531** |
| **BARE ESCENTUALS INC., Defendant,** | **2:12-cv-00532** |
| **BIOSCRIP INC., Defendant,** | **2:12-cv-00533** |
| **CRABTREE & EVELYN, Defendant,** | **2:12-cv-00534** |
| **CURVES INTERNATIONAL INC., Defendant,** | **2:12-cv-00535** |
| **GOLD'S GYM INTERNATIONAL INC., Defendant,** | **2:12-cv-00536** |
| **GREAT CLIPS INC., Defendant,** | **2:12-cv-00537** |
| **L.A. FITNESS INTERNATIONAL LLC, Defendant,** | **2:12-cv-00538** |
| **M.A.C. COSMETICS INC., Defendant,** | **2:12-cv-00540** |
| **MERLE NORMAN COSMETICS, Defendant,** | **2:12-cv-00541** |
| **VITAMIN COTTAGE NATURAL FOOD MARKETS, INC., Defendant,** | **2:12-cv-00542** |
| **REGIS CORPORATION, Defendant,** | **2:12-cv-00543** |
| **SALLY BEAUTY SUPPLY LLC, Defendant,** | **2:12-cv-00544** |
| **SEPHORA USA INC., Defendant,** | **2:12-cv-00545** |
| **ULTA SALON, COSMETICS & FRAGRANCE INC., Defendant,** | **2:12-cv-00547** |
| **VITAMIN SHOPPE INDUSTRIES, INC., Defendant,** | **2:12-cv-00548** |
| **EYEMART EXPRESS, LTD., Defendant,** | **2:12-cv-00549** |
| **LUXOTTICA RETAIL NORTH AMERICA INC., Defendant,** | **2:12-cv-00550** |
| **NATIONAL VISION INC., Defendant,** | **2:12-cv-00551** |
| **U.S. VISION INC., Defendant,** | **2:12-cv-00552** |
| **BUTH-NA-BODHAIGE INC., Defendant,** | **2:12-cv-00555** |
| **PSP GROUP, LLC, Defendant,** | **2:12-cv-00556** |
| **WHERE 2 GET IT, INC.; e*t al.*,  Plaintiff,** <br><br> **v.** <br><br> **GEOTAG INC., Defendant.** | **2:12-cv-00149** |